Dawniell Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
E-mail: dawniell.zavala@hro.com

Attorney for Plaintiffs
CAPITOL RECORDS, LLC; SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; WARNER BROS. RECORDS INC.; UMG RECORDINGS, INC.; and PRIORITY RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a Delaware limited liability company,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>NOEL BOQUET,<br>　　　　　　　　Defendant. | Case No.: 5:08-cv-03145-PVT<br><br>Hon. Patricia Trumbull<br><br>**REQUEST TO ENTER DEFAULT** |

REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT

#39635 v1 saf

**TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Zavala ¶¶ 3, 5.

Plaintiffs served the Summons and Complaint on Defendant on July 7, 2008, by substitute service, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2, Exh. A. Neither Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond to the Complaint. *Id.* ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. *Id.* ¶¶ 6-7.

Dated: August 28, 2008                          HOLME ROBERTS & OWEN LLP

                                By     */s/ Dawniell Zavala*
                                       Dawniell Zavala
                                       Attorney for Plaintiffs
                                       CAPITOL RECORDS, LLC; SONY BMG
                                       MUSIC ENTERTAINMENT; BMG
                                       MUSIC; WARNER BROS. RECORDS
                                       INC.; UMG RECORDINGS, INC.; and
                                       PRIORITY RECORDS LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 28, 2008, I served the foregoing documents described as:

**REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Noel Boquet
1108 Tyme Court
Rio Dell, Ca 95562

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008 at San Francisco, California.

_Della Grant_
Della Grant

---

REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT

#39635 v1 saf

1