UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 3, 2008

RE: CV 08-03145 PVT        CAPITOL RECORDS -v- NOEL BOQUET

Default is entered as to Defendant **Noel Boquet** on September 3, 2008.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89

1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone:  (415) 268-2000
   Facsimile:  (415) 268-1999
4  E-mail: dawniell.zavala@hro.com

**DEFAULT ENTERED**
8/29/2008
RICHARD W. WIEKING, CLERK
By _____
Deputy Clerk

Attorney for Plaintiffs
CAPITOL RECORDS, LLC; SONY BMG
MUSIC ENTERTAINMENT; BMG MUSIC;
WARNER BROS. RECORDS INC.; UMG
RECORDINGS, INC.; and PRIORITY
RECORDS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAPITOL RECORDS, LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; WARNER BROS. RECORDS INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and PRIORITY RECORDS LLC, a Delaware limited liability company, <br>           Plaintiffs, <br> v. <br> NOEL BOQUET, <br>           Defendant. | Case No.: 5:08-cv-03145-PVT <br><br> Hon. Patricia Trumbull <br><br> **REQUEST TO ENTER DEFAULT** |

REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT
#39635 v1 saf

1  **TO: THE CLERK OF THE ABOVE-ENTITLED COURT**

2  Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the
3  ground that Defendant has failed to appear or otherwise respond to the Complaint within the time
4  prescribed by the Federal Rules of Civil Procedure. Declaration of Dawniell Zavala ¶¶ 3, 5.

5  Plaintiffs served the Summons and Complaint on Defendant on July 7, 2008, by substitute
6  service, as evidenced by the proof of service on file with this Court. *Id.* ¶ 2, Exh. A. Neither
7  Plaintiffs nor the Court have granted Defendant any formal extensions of time to respond to the
8  Complaint. *Id.* ¶ 4. Plaintiffs are informed and believe that Defendant is not an infant or
9  incompetent person or in the military service. *Id.* ¶¶ 6-7.

Dated: August 28, 2008            HOLME ROBERTS & OWEN LLP


                                  By    */s/ Dawniell Zavala*
                                        Dawniell Zavala
                                        Attorney for Plaintiffs
                                        CAPITOL RECORDS, LLC; SONY BMG
                                        MUSIC ENTERTAINMENT; BMG
                                        MUSIC; WARNER BROS. RECORDS
                                        INC.; UMG RECORDINGS, INC.; and
                                        PRIORITY RECORDS LLC

1

REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT

#39635 v1 saf

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

    I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

    On August 28, 2008, I served the foregoing documents described as:

## REQUEST TO ENTER DEFAULT

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Noel Boquet
> 1108 Tyme Court
> Rio Dell, Ca 95562

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 28, 2008 at San Francisco, California.

*/s/ Della Grant*
Della Grant

---

REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT

#39635 v1 saf

1

1  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
2  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
3  Facsimile: (415) 268-1999
4  E-mail: dawniell.zavala@hro.com

5
   Attorney for Plaintiffs
6  CAPITOL RECORDS, LLC; SONY BMG
   MUSIC ENTERTAINMENT; BMG MUSIC;
7  WARNER BROS. RECORDS INC.; UMG
   RECORDINGS, INC.; and PRIORITY
8  RECORDS LLC

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12

13
14 CAPITOL RECORDS, LLC, a Delaware          Case No.: 08-cv-03145-PVT
   limited liability company; SONY BMG MUSIC
15 ENTERTAINMENT, a Delaware general         Hon. Patricia Trumbull
   partnership; BMG MUSIC, a New York general
16 partnership; WARNER BROS. RECORDS         **DECLARATION OF DAWNIELL
   INC., a Delaware corporation; UMG         ZAVALA IN SUPPORT OF REQUEST TO
17 RECORDINGS, INC., a Delaware corporation; ENTER DEFAULT**
   and PRIORITY RECORDS LLC, a Delaware
18 limited liability company,
19                    Plaintiffs,
20     v.
21 NOEL BOQUET,
22                    Defendant.

23
24
25
26
27
28

DECLARATION OF DAWNIELL ZAVALA ISO REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT
#39636 v1 saf

# DECLARATION OF DAWNIELL ZAVALA

I, DAWNIELL ZAVALA, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this United States District Court. I am an attorney with the law firm of Holme Roberts & Owen LLP, attorneys for Plaintiffs. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. On July 1, 2008, Plaintiffs filed the Complaint in this case against Defendant. Attached hereto as Exhibit A is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on July 7, 2008, by substitute service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

4. Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5. Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6. I am informed and believe that Defendant is not an infant or incompetent person.

7. A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 28, 2008 at San Francisco, California

DAWNIELL ZAVALA

# EXHIBIT A

Case 5:08-cv-03145-PVT    Document 9    Filed 09/03/2008    Page 8 of 10
Case 5:08-cv-03145-PVT    Document 8    Filed 08/28/2008    Page 4 of 6
Case 5:08-cv-03145-PVT    Document 6    Filed 07/28/2008    Page 1 of 2

MATTHEW FRANKLIN JAKSA 248072
560 MISSION STREET, 25TH FLOOR SAN FRANCISCO CA
415 268-2000

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, LLC, ET AL.,<br>Plaintiff(s)<br>v.<br>NOEL BOQUET<br>Defendant(s) | CASE NUMBER:<br>CV 08 3145 PVT<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action a I served copies of the *(specify documents)*:
   NOTICE TO DEFENDANT; SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBIT; CERTIFICATION AND NOTICE OF INTERESTED PERSONS; COURT DOCS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT

2. **Person served:**
   a. ☐ Defendant *(name)*: NOEL BOQUET
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      Jane Doe WHO REFUSED TO GIVE NAME, A female resident who was very evasive.
   c. ☒ Address where papers were served: 1108 TYME CT RIO DELL, CA 95562

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ **By Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and the minor if at least twelve (12) years of age.
      1. Papers were served on *(date)*: _____ at *(time)*: _____
   b. ☒ **By Substituted service.** By leaving copies:
      1. ☒ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☒ Papers were served on *(date)*: Jul 7 2008    at *(time)*: 3:30:00 PM
      4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on *(date)*: _____
      6. ☐ due diligence. I made at least (3) attempts to personally serve the defendant.

CV-1 (04/01)                PROOF OF SERVICE – SUMMONS AND COMPLAINT                PAGE 1
Order No. 5309043 SEA

Case 5:08-cv-03145-PVT     Document 9     Filed 09/03/2008     Page 9 of 10
Case 5:08-cv-03145-PVT     Document 8     Filed 08/28/2008     Page 5 of 6
Case 5:08-cv-03145-PVT     Document 6     Filed 07/28/2008     Page 2 of 2

    c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

    d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment of by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

    e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *by first-class mail, postage prepaid,)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

    f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

    g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

    Name of person served:

    Title of person served:

    Date and time of service: *(date)*: _____ at *(time)*: _____

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washing, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

Nathan Baroni
730 Fifth Street, Suite K, Eureka, CA 95501
707-443-4761

    a. Fee for service: $ 70.00
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration under B&P 22350(b)
    d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Jul 14 2008

*(Signature)*

CV-1 (04/01)     PROOF OF SERVICE – SUMMONS AND COMPLAINT     PAGE 2
Order No. 5309043 SEA

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 28, 2008, I served the foregoing documents described as:

**DECLARATION OF DAWNIELL ZAVALA IN SUPPORT OF REQUEST TO ENTER DEFAULT**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Noel Boquet
> 1108 Tyme Ct.
> Rio Dell, Ca 95562

☒   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant

---

3
DECLARATION OF DAWNIELL ZAVALA ISO REQUEST TO ENTER DEFAULT
Case No. 5:08-cv-03145-PVT
#39636 v1 saf